**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00272-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

24.  ZENA ROMERO,

      Defendant.

## ORDER

**Magistrate Judge Craig B. Shaffer**

The matter is before the undersigned on a telephonic request to modify the defendant's **conditions of pre-trial release.**  The court having reveiwed the matter and being sufficiently advised in the premises,

**IT IS ORDERED** that the curfew may be adjusted at the discretion of the United States Probation Office, if related to obtaining employment.

Dated February 19, 2016, at Denver, Colorado.

      **BY THE COURT:**

      **s/Craig B. Shaffer
United States Magistrate Judge**